cc: HG
cc: JMS

ORIGINAL

UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

OCT 27 2015

at 12 o'clock and 30 min P M
SUE BEITIA, CLERK

C. KAUI JOCHANAN AMSTERDAM
1415 PENSACOLA St., # 12
HONOLULU, HAWAII 96822
808-450-1166
shaloha1@yahoo.com
PRO SE

NA'I AUPUNI FD.,
KUHIO ASAM, PRES.,
PAULINE NAMUO, VP,.
KEALOHA BALLESTEROS,
SEC., TREA., GERRY
MIYAMOTO, SELENA L.
SCHUELKE

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF HAWAII

CV15  00447 JMS BMK

| | |
|---|---|
| C. KAUI JOCHANAN AMSTERDAM<br>1415 PENSACOLA ST., # 12<br>HONOLULU, HAWAII 96822<br>NATIVE HAWAIIAN BENEFICIARY<br><br>PLAINTIFF<br><br>vs.<br><br>NA'I AUPUNI, KUHIO ASAM, PRESIDENT,<br>PAULINE NAMU'O, V. PRESIDENT, KEALO-<br>HA, SEC./ TREASURER, GERRY MIYAMOTO,<br>SELENA L. SCHUELKE, REPRESENTATIVES<br><br>DEFENDANTS | PLAINTIFF'S MOTION FOR<br>AN IMMEDIATE TEMPORARY<br>INJUNCTION REGARDING THE<br>HOLDING OF ELECTION FOR<br>DELEGATES TO THE CONSTI-<br>TUTIONAL CONVENTION<br>10/27/15 |

PLAINTIFF'S MOTION FOR AN IMMEDIATE TEMORARY INJUNCTION

The Plaintiff, C. Kaui Jochanan Amsterdam, a Native Hawaiian Beneficiary of the

Native Hawaiian Trust Fund of the Hawaiian Admission Act of 1959, descendant of a

full-blooded Native Hawaiian Alii line of Kalakauaehu as seen in Exhibit herein, former

officer in The Interim Government of the Kingdom of Hawaii, also in Exhibit, and Member of the Neighborhood Board No. 10 serving and representing Native Hawaiians, their needs and interests in Lower Punchbowl, which includes that area of Papakolea Hawaiian Homestead, respectfully comes before the Honorable United States District Court for the District of Hawaii and presents a Motion for an Immediate Temporary Injunction that orders that the Defendants be temporarily restrained or cease and desist in the advancement of what is "an election of Delegates from Candidates to a Constitutional Convention or Aha administered or organized by an entity or organization called Na'i Aupuni". Thereby, Injunctive Relief is provided the Plaintiff and numerous other Native Hawaiians. Such Relief and Remedy requested is an extension of time for the Plaintiff and other Native Hawaiians, who were disregarded, slighted, repudiated, and denied their right to be a Candidate to be elected to be a Delegate to the Constitutional Convention in order to determine and fulfill the very important aim of determining a governing entity for Native Hawaiians or Kanaka Maoli.

Elaborations of Injuries and Suffering to the Plaintiff and other Native Hawaiians are clarified in the Plaintiff's Declaration, Complaint, and Motion. To allow the current Election for Delegates to advance would be to allow the Plaintiff's and other Native Hawaiian's Rights, exemplified in the Right of Equal Protection as presented in the the Fourteenth Amendment of the U.S. Constitution and elabo-

rated in the Plaintiff's Declaration, Complaint, and Motion, to be violated.

The Plaintiff respectfully presents his Motion, expresses appreciation for such consideration, acknowledges the Court's jurisdiction in this matter as elaborated upon in the Plaintiff's Complaint, and expresses appreciation to the Honorable Court and Ke Akua.

Dated: Honolulu, Hawaii,     October 27, 2015

_C. Kaui Jochanan Amsterdam_
C. Kaui Jochanan Amsterdam
PLAINTIFF
PRO SE