ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
NOV 30 2015
at 3 o'clock and 25 min. P.␣
SUE BEITIA, CLERK

| | |
|---|---|
| C. KAUI JOCHANAN AMSTERDAM<br>1415 PENSACOLA St., # 12<br>HONOLULU, HAWAII 96822<br>808-450-1166<br>shaloha1@yahoo.com<br>PRO SE | NA'I AUPUNI, KUHIO ASAM,<br>PRES., PAULINE NAMU'O, V.P.,<br>KEALOHA BALLESTEROS, SEC./<br>TREA., GERRY MIYAMOTO, SE-<br>LENA L SCHUELKE<br>808-521-5391 |

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| C. KAUI JOCHANAN AMSTERDAM<br>1415 PENSACOLA St., # 12<br>HONOLULU, HAWAII 96822<br>808-450-1166<br><br>PLAINTIFF<br><br>VS.<br><br>NA'I AUPUNI, KUHIO ASAM, PRESIDENT, PAULINE NAMU'O, V. PRESIDENT, KEALOHA BALLESTEROS, SEC./TREASURER, GERRY MIYAMOTO, SELENA L. SCHUELKE<br><br>DEFENDANTS | CIVIL NO. 15-00447 JMS-BMK<br><br>PLAINTIFF'S MOTION TO AMEND COMPLAINT FILED OCTOBER 27, 2015 CERTIFICATE OF SERVICE FILED NOVEMBER 30, 2015 |

PLAINTIFF'S MOTION TO AMEND COMPLAINT

Plaintiff, C. Kaui Jochanan Amsterdam, comes before the Honorable United States District Court For The District Of Hawaii in Honolulu and presents A Motion

to Amend His Complaint of October 27, 2015.

The Plaintiff presents this Motion in order to present current, pertinent, important knowledge presented in his Complaint of October 27, 2015, jurisdiction under Title 42 U.S.C. Statute 1985(3), and current action of the United States Supreme Court.

DATED: Honolulu, Hawaii,   November 30, 2015

*C. Kaui Jochanan Amsterdam*
C. Kaui Jochanan Amsterdam
PLAINTIFF
PRO SE

2