ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
FEB 0 2 2016
at ___ o'clock and ___ min ___ M
SUE BEITIA, CLERK

C. KAUI JOCHANAN AMSTERDAM
1415 PENSACOLA St., # 12
HONOLULU, HAWAII 96822
808-450-1166
shaloha1@yahoo.com
PRO SE

NA'I AUPUNI FD.,
KUHIO ASAM, PRES.,
PAULINE NAMUO, VP,.
KEALOHA BALLESTEROS,
SEC., TREA., GERRY
MIYAMOTO, SELENA L.
SCHUELKE

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| C. KAUI JOCHANAN AMSTERDAM<br>1415 PENSACOLA ST., # 12<br>HONOLULU, HAWAII 96822<br>NATIVE HAWAIIAN BENEFICIARY<br><br>PLAINTIFF<br><br>vs.<br><br>NA'I AUPUNI, KUHIO ASAM, PRESIDENT,<br>PAULINE NAMU'O, V. PRESIDENT, KEALO-<br>HA, SEC./ TREASURER, GERRY MIYAMOTO,<br>SELENA L. SCHUELKE, REPRESENTATIVES<br><br>DEFENDANTS | CIVIL NO. 15-00447 JMS-BMK<br><br>PLAINTIFF'S MOTION FOR<br>EMERGENCY HEARING/RULING<br>CERTIFICATE OF SERVICE<br>FILED FEBRUARY 2, 2016 |

MOTION FOR EMERGENCY HEARING/ RULING

Plaintiff, C. Kaui Jochanan Amsterdam, comes before the Honorable Federal Court

and presents a Motion for an Emergency Meeting of the Federal Court, Defendants, and

Plaintiff in order that the Court Rule on the Case due to the Native Hawaiian Constitutional Convention, which the Plaintiff requests being a Delegate, started on February 1, 2016 and is presently advancing. A Ruling also can be made prior to such a Hearing. The Plaintiff expresses appreciation to the Court for such consideration.

DATED: Honolulu, Hawaii, February 2, 2016

C. Kaui Jochanan Amsterdam
Plaintiff
Pro Se