ORIGINAL

McCORRISTON MILLER MUKAI MacKINNON LLP

DAVID J. MINKIN #3639-0
TROY J. H. ANDRADE #9542-0
JESSICA M. WAN #10183-0
Five Waterfront Plaza, 4th Floor
500 Ala Moana Boulevard
Honolulu, Hawai'i 96813
Telephone: (808) 529-7300
Facsimile: (808) 524-8293
Email: *minkin@m4law.com; andrade@m4law.com;*
*jwan@m4law.com*

Attorneys for Defendants
NA'I AUPUNI, KUHIO ASAM, PAULINE NAMU'O,
KEALOHA BALLESTEROS, GERRY MIYAMOTO,
and SELENA L. SCHUELKE

SULLIVAN MEHEULA LEE
A Limited Liability Law Partnership

WILLIAM MEHEULA #2277
745 Fort Street, Suite 800
Honolulu, Hawai'i 96813
Telephone: (808) 599-9555
Facsimile: (808) 533-2467
Email: *meheula@smlhawaii.com*

Attorney for Defendant
NA'I AUPUNI

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
AUG 01 2016
at 10 o'clock and 15 min. A M.
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| C. KAUI JOCHANAN AMSTERDAM,<br><br>Plaintiff,<br><br>vs. | CIVIL NO. 15-00447 JMS-RLP<br><br>STIPULATION OF DISMISSAL WITH PREJUDICE<br><br>*[caption continued on next page]* |

NA'I AUPUNI FD; KUHIO ASAM, President; PAULINE NAMU'O, V. President; KEALOHA BALLESTEROS, Sec./Treasurer; GERRY MIYAMOTO; SELENA L. SCHUELKE,

                Defendants.

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rules 41(a)(1)(A)(ii) and 41(c) of the Federal Rules of Civil Procedure, the parties hereby stipulate to dismiss this action with prejudice, with each party to bear their own attorneys' fees and costs. All claims between and among the parties, however denominated, and all parties are dismissed with prejudice by this stipulation. There are no remaining parties, claims and/or issues.

//

//

//

//

//

//

//

//

//

Respectfully submitted this 14 day of July, 2016.

_____
C. KAULJOCHANAN AMSTERDAM
*Plaintiff, Pro se*

_____
DAVID J. MINKIN
WILLIAM MEHEULA
TROY J. H. ANDRADE
JESSICA M. WAN

*Attorneys for Defendants*
NA'I AUPUNI, KUHIO ASAM, PAULINE NAMU'O, KEALOHA BALLESTEROS, GERRY MIYAMOTO, and SELENA L. SCHUELKE

APPROVED AND SO ORDERED:

_____
J. MICHAEL SEABRIGHT, CHIEF U.S. DISTRICT JUDGE

7/29/16

_____
C. Kaui Jochanan Amsterdam vs. Na'i Aupuni FD, et al.; Civil No. 15-00447 JMS-RLP; STIPULATION OF DISMISSAL WITH PREJUDICE